SEALED   FILED

DEC 15 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of: | CASE NO. 2:14-SW-0494 CKD |
| 6 DVD disks currently stored as evidence at the Department of Homeland Security, Homeland Security Investigations, in Sacramento, California (further referred to as the SUBJECT CONTENT) | [PROPOSED] ORDER  <br><br>**UNDER SEAL** |

Good cause appearing, the Court hereby orders that the United States may have a 120-day extension of the search protocol to complete the search of the digital media contained on the 6 DVD disks currently stored as evidence at the Department of Homeland Security, Homeland Security Investigations, in Sacramento, California.

The initial 120-day review period for all devices seized pursuant to search warrant 2:14-CR-0494 CKD that was set to expire on or about December 19, 2014, is hereby extended. The new date for completion of the search of the digital media will be April 11, 2015.

IT IS SO ORDERED.

Dated: 12/12/2014

CAROLYN K. DELANEY
United States Magistrate Judge